IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 18- 24-UNA |
| v. | |
| KEITH LENDOF | |
| Defendant. | |

# INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One
### Conspiracy to Commit an Offense Against the United States
### (18 U.S.C. § 371)

1. From on or about November 8, 2017 through on or about November 9 2017, in the District of Delaware and elsewhere, the defendant,

**KEITH LENDOF,**

did knowingly and willfully combine, conspire, confederate, and agree with **ROGER MERCEDES, ANGEL CESAR**, and **RED PICHARDO** to commit an offense against the United States, that is, to knowingly and willfully convert to their own use, money belonging to the United States, the value of which exceeded $1,000, that is, Drug Enforcement Administration ("DEA") funds, in violation of Title 18, United States Code, Section 641.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2018 APR 12 AM 9:57

### Purpose and Object of the Conspiracy

2. It was the purpose and object of the conspiracy for **ROGER MERCEDES, KEITH LENDOF, ANGEL CESAR, AND RED PICHARDO** to unjustly enrich themselves by obtaining money in exchange for fake "sham" cocaine, which they purported was real cocaine with a value in excess of $137,000.

### Manner and Means of the Conspiracy

The manner and means by which the defendants sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

3. **ROGER MERCEDES**, believing a confidential informant ("CI") working with the DEA to be a legitimate drug dealer, offered the CI five (5) kilograms of cocaine in exchange for $137,500 in cash. The cocaine, which **ROGER MERCEDES** represented was real cocaine, was in actuality sham cocaine, which **ROGER MERCEDES, KEITH LENDOF, ANGEL CESAR, AND RED PICHARDO** knew.

4. **KEITH LENDOF** assisted **ROGER MERCEDES, ANGEL CESAR, AND RED PICHARDO** by travelling with them to Delaware to aid in the sale of the sham cocaine to the CI in exchange for $137,500 in cash.

### Overt Act

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the District of Delaware, at least the following overt act, among others:

5. On November 9, 2017, **RED PICHARDO** knowingly drove a rented Ford Explorer into the District of Delaware carrying kilograms of sham cocaine.

All in violation of Title 18, United States Code, Section 371.

>                           DAVID C. WEISS
>                           United States Attorney
>
>                       BY: _____
>                           Alexander P. Ibrahim
>                           Assistant United States Attorney
>
>                           Christopher de Barrena-Sarobe
>                           Special Assistant U.S. Attorney

DATED: April 11, 2018